UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRIS HURSH,

                        Plaintiff,

      -against-

JOE APONTE, et al.,

                       Defendants.

21-CV-8418 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2022
         New York, New York

                                         /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                         Chief United States District Judge